UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACY LEE DOTSON, ) | |
| ) | |
| Petitioner, ) | No. CV 09-5743 CAS (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| JOHN MARSHALL, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: September 27, 2011

_____
Christina A. Snyder
United States District Judge