UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACY LEE DOTSON, | Case No. CV 09-5743-CAS (AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 27, 2011

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge