UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **TRACY LEE DOTSON,** | ) Case No. CV 09-5743-CAS (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **JOHN MARSHALL, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 27, 2011

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge